JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEARY JUAN JOHNSON, | ) | NO. CV 13-2264 FMO (MRWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| VANESSA D. TAYLOR, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 24th day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge